## NATIONAL LABOR RELATIONS BOARD v. UNION DIE CASTING COMPANY, Ltd.

### No. 9142.

Circuit Court of Appeals, Ninth Circuit.

March 27, 1939.

Charles Fahy, Gen. Counsel, and Robert B. Watts, Associate Gen. Counsel, N. L. R. B., both of Washington, D. C., for petitioner.

Richard A. Terrell, of Los Angeles, Cal., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered that a decree be filed and entered herein enforcing the order of the National Labor Relations Board.